IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATTI SCOTT; et al.                                                  PLAINTIFFS

VS.                                        CAUSE NO. 1:20-cv-00073-GHD-RP

ETHICON, INC.; et al.                                       DEFENDANTS

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY**

Presently before the Court is the parties' joint motion to stay the remaining discovery period [77] pending the disposition of the Defendants' recently filed amended motion for summary judgment [74]. Upon due consideration, the Court finds that the motion should be granted.

On June 4, 2020, the Court entered an order permitted limited discovery to take place in this case [70]. The discovery is limited to the taking of depositions of a select, agreed-upon number of witnesses. The Court's order makes clear that no additional discovery in this matter is to take place without leave of court.

On June 30, 2020, the Court entered an order granting leave of court for the Defendants to file an Amended Motion for Summary Judgment [73]. On July 1, 2020, the Defendants filed their Amended Motion for Summary Judgment, which if granted in its entirety will dispose of the remaining claims in this matter.

The parties now jointly move the Court to stay the limited discovery period pending the disposition of the Defendants' pending summary judgment motion, given the expense and burden of continuing to conduct depositions prior to the adjudication of the Defendants' pending summary judgment motion. The Court agrees and shall stay the remaining discovery period pending a ruling on the subject motion.

THEREFORE, it is hereby ORDERED that the parties' joint motion to stay [77] is GRANTED; the remaining discovery period is hereby STAYED pending the Court's ruling relative to the Defendants' pending Amended Motion for Summary Judgment [74].

ORDERED, this the 14th day of July, 2020.

_____
SENIOR U.S. DISTRICT JUDGE