IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATTI SCOTT; et al.                                        PLAINTIFFS

VS.                                              CAUSE NO. 1:20-cv-00073-GHD-RP

ETHICON, INC.; et al.                                     DEFENDANTS

## ORDER GRANTING JOINT REQUEST TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT

Presently before the court is the parties' November 9, 2020, Joint Notice of Settlement in Principle and Request to Stay [85]. Upon due consideration and for good cause shown, the parties' joint request to stay these proceedings pending final settlement of this matter is hereby GRANTED and these proceedings will be STAYED pending final settlement and dismissal of the Plaintiffs' claims. All deadlines and other requirements are hereby likewise STAYED until such time as the settlement can be concluded and the case can be dismissed with prejudice.

THEREFORE, it is hereby ORDERED that the parties' joint request to stay these proceedings pending final settlement of this matter [85] is GRANTED; these proceedings are hereby STAYED in their entirety pending final settlement and dismissal with prejudice of the Plaintiffs' claims.

SO ORDERED, this the 10th day of November, 2020.

_____
SENIOR U.S. DISTRICT JUDGE